JOSEPH ROBINSON VS. WILLIAM W. McCLELLAN and EDWARD MERRITT.

Where a party changes his attorney in the course of the progress of a suit, substitution of attorneys must be duly entered, and notice thereof given to the opposing attorney, otherwise the attorney substituted can not legally move in the cause.

*Motion by defendants for judgment as in case of non-suit.*—It appears on the part of plaintiff, that defendants appeared and pleaded separately, by the defendant McClellan, who is an attorney of this court; that the notice for this motion is signed by George Case, as attorney for both defendants. That plaintiff's attorney has never received any notice of substitution of attorneys for defendants, in the place of McClellan; and believes no rule of substitution has been entered.

　　J. L. TILLINGHAST, *Defts Counsel.*　　　GEO. CASE, *Defts Atty.*
　　P. CAGGER, *Plff's Counsel.*　　　　　　J. W. MILLS, *Plff's Atty.*

　　NELSON, Chief Justice.—Held that substitution of defendants' attorney should have been duly entered, and notice thereof served on plaintiff's attorney, before making motion.

　　*Decision.*—Motion denied with costs.